7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Katie Anne Werchek
*Debtor*

**Bruce E Strauss**
    Plaintiff(s)

v.

**Carol Brahe**
    Defendant(s)

*Bankruptcy Case No.*
15−50003−can7

*Adversary Case No.*
15−05006−can

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the Plaintiffs Motion for Default is granted and judgment is awarded in the amount of $6,000.00 against Defendant Carol Brahe together with statutory interest from the date of this judgment.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 9/1/15

Court to serve